UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

CHEZKEL WEISS, *individually and on behalf of all others similarly situated*,

                Plaintiff,

            - against -

JEFFERSON CAPITAL SYSTEMS, LLC,

                Defendant.
-----------------------------------------------------------------X

**ORDER**

23 Civ. 988 (NSR)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/23/2023

Román, D.J.:

        The Court having been advised that all claims asserted herein have been settled in principle, as communicated by the parties' in their Notice of Settlement dated March 22, 2023 (ECF No. 8), it is ORDERED, that the above-entitled action be and hereby is discontinued, without costs to either party, subject to reopening should the settlement not be consummated within sixty (60) days of the date hereof.

        The parties are advised that if they wish the Court to retain jurisdiction in this matter for purposes of enforcing any settlement agreement, they must submit the settlement agreement to the Court within the next 60 days with a request that the agreement be "so ordered" by the Court.

SO ORDERED.

Dated:    March 23, 2023
            White Plains, NY

                                                  Nelson S. Román, U.S.D.J.